# JACOBS & BARBONE, P.A.

| | | |
|---|---|---|
| EDWIN J. JACOBS, JR. | A PROFESSIONAL CORPORATION | ERIC H. LUBIN |
| LOUIS M. BARBONE | ATTORNEYS AT LAW | MICHAEL F. MYERS |
| ARTHUR J. MURRAY | 1125 PACIFIC AVENUE | YOONIEH AHN |

ATLANTIC CITY, NEW JERSEY 08401
PHONE: (609) 348-1125
FAX: (609) 348-3774
E-MAIL: JACOBSBARBONE@COMCAST.NET

November 27, 2013

**Sent via ECF**
Honorable Faith S. Hochberg
United States District Court
U.S. Post Office & Court House Building
Room 311
P.O. Box 999
Newark, N.J. 07101-0999

      Re: U.S.A v. Joseph Wolfson, et al.
         Criminal No. 2:13-cr-748-FSH
         Our File No. 13,114

Dear Judge Hochberg:

  I represent Defendants Joseph Wolfson, Richard Simon Trustee and Betty Simon, Trustee LLC.  An Arraignment is currently scheduled for 1:00 P.M., Tuesday, December 3, 2013.  On that date, I will be engaged in trial in the United States District Court for the Eastern District of Pennsylvania in the matter of <u>United States of America v. Joseph Ligambi</u>.  For this reason, I respectfully request that the aforementioned Defendants be arraigned on Wednesday, December 11, 2013 at 1:00 P.M., one of my few off days from trial.  The Government has graciously consented to my request.  Kindly have a member of your staff contact my office should Your Honor be inclined to grant an adjournment.  Thank you.

        Respectfully,

        JACOBS & BARBONE, P.A.


        /s/ Edwin J. Jacobs, Jr.
        Edwin J. Jacobs, Jr., Esquire

EJJ:es
cc:  Charles V. Reilly, Esquire
cc:  Joseph Wolfson