# PETRILLO KLEIN & BOXER LLP

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

Nelson A. Boxer
Direct Dial: (212) 370-0338
Cell: (917) 273-2693
nboxer@pkbllp.com

November 26, 2013

**By Hand Delivery**

Hon. Faith S. Hochberg
United States District Court
District of New Jersey
Martin Luther King, Jr. U.S. Courthouse
  and Federal Building
50 Walnut Street
Newark, NJ 07101

RECEIVED

NOV 27 2013

AT 8:30
WILLIAM T. WALSH, CLERK

    Re:    **U.S. v. Wolfson, et al.
                2:13-cr-00748 (FSH)**

Dear Judge Hochberg:

      I represent Mr. Gregg Gehring, a defendant in the above-referenced Indictment. I understand that an arraignment and initial appearance has been scheduled for December 3, 2013, at 1:00 p.m. On that date I have an appearance before a U.S. agency in Washington, D.C., which has been scheduled for several weeks, involves attorneys flying-in from Europe to attend, and which unfortunately I cannot adjourn. Accordingly, I respectfully request an adjournment of Mr. Gehring's arraignment and initial appearance, to any day prior or subsequent to December 3, 2013. I would be amenable to conferring with government and defense counsel in advance of Mr. Gehring's initial appearance to agree on timing for discovery and motions, if that would be helpful.

                                                    Respectfully submitted,

                                                    Nelson A. Boxer

cc:      All counsel (by e mail)