UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

JUDGE: MAGISTRATE JUDGE CLARK                                    Date: January 6, 2014

COURT REPORTER: ECR 1/6/2014 2:38 pm

DEPUTY CLERK:     MARQUIS WHITNEY

Title of Case: U.S.A. v. JOSEPH WOLFSON, et al                   Docket# Cr. 13-748 (FSH)

Appearances:  Charles Reilly, AUSA, for the Government
Michael Myers, Esq., for Defendant Joseph Wolfson
Nelson Boxer, Esq., for Defendant Gregg Gehring
Robert Joseph Olejar, CJA, for Defendant James Jeffers, Jr.
Michael Myers, Esq., for Defendant Betty Simon, Trustee, LLC
Michael Myers, Esq., for Richard Simon, Trustee

Nature of Proceeding:         Initial Appearance/Arraignment

Defendants present.

Defendants advised of rights.

All Defendants Plea:  NOT GUILTY to Count 1 of the Indictment.

Ordered pretrial motions to be filed by February 10, 2014.
Ordered opposition due February 24, 2014.
Reply papers due March 3, 2014.
Motion hearing to be set.
Trial scheduled for March 17, 2014.

Order for Discovery and Inspection Order filed.

Joseph Wolfson Bail Set at $100,000 Unsecured with Conditions.

Gregg Gehring Bail Set at $100,000 Unsecured with Conditions.

James Jeffers, Jr. Bail Set at $100,000 Unsecured with Conditions.


Time Commenced: 2:38 p.m.                    Time Adjourned: 3:27 p.m.

cc: chambers                                 *Marquis Whitney*
                                             Deputy Clerk