IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------x

UNITED STATES OF AMERICA,

   - v. -                                                   No. 2:13-cr-748 (FSH)

JOSEPH WOLFSON, et al.,                 NOTICE OF MOTION

                      Defendants.

---------------------------------------------------------------x

      PLEASE TAKE NOTICE that defendant Gregg Gehring, by and through his counsel, Petrillo Klein & Boxer LLP, hereby moves before The Honorable Faith S. Hochberg, U.S.D.J., on February 18, 2014, for an Order sealing Exhibit 1 (ECF No. 28-1), to Defendant Gehring's Reply in Support of His Objection to the Government's Motion for Speedy Trial Order, thereby restricting public access to Exhibit 1.  A letter application from the undersigned in support of this Notice of Motion is attached.

Respectfully submitted on January 22, 2014,

                                                      s/ Robin L. Dull
                                                      NELSON A. BOXER
                                                      ROBIN L. DULL
                                                      PHILIP PILMAR
                                                      PETRILLO KLEIN & BOXER LLP
                                                      655 Third Avenue, 22nd Floor
                                                      New York, NY 10017
                                                      Tel: 212-370-0330
                                                      nboxer@pkbllp.com
                                                      rdull@pkbllp.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

```
------------------------------------------------------------x
UNITED STATES OF AMERICA,

    - v. -                                    No. 2:13-cr-748 (FSH)

JOSEPH WOLFSON, et al.,

                    Defendants.
------------------------------------------------------------x
```

### CERTIFICATE OF SERVICE

    I hereby certify that on January 22, 2014, I filed the foregoing document entitled "Notice of Motion" on the Court's ECF system, which constitutes service of the filed document on ECF Filing Users under Rule 49(e) of the Federal Rules of Criminal Procedures and Local Civil Rule 5.2 - 14(b)(1).

/s Robin L. Dull
ROBIN L. DULL
PETRILLO KLEIN & BOXER LLP
655 Third Avenue, 22nd Floor
New York, NY 10017
Tel: 212-370-0330
rdull@pkbllp.com