UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Criminal No. 13-748 (FSH) |
| v. : | |
| : | **ORDER** |
| JOSEPH WOLFSON, et al. : | |
| Defendants. : | |

This matter having been opened to the Court on the motion of the United States (John W. Van Lonkhuyzen, Charles V. Reilly, Bryan Bughman, and Kristina Srica, Trial Attorneys, U.S. Department of Justice, Antitrust Division, appearing); and good cause having been shown; the Court, having received by January 7, 2014, a report of the proceedings at the Initial Appearances held on January 6, 2014, at which the Government and several defense counsel represented that the prosecution is a complex antitrust matter involving an alleged conspiracy concerning tax lien auctions throughout New Jersey for the period from as early as 1998 until at least February 2009, and in which an index of potential discoverable materials consists of 88 pages, listing numerous documents, interview memoranda, recordings, and other materials, makes the following findings:

    1. This case is so complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161;

    2. The Government needs approximately two months to produce to Defendants all discovery materials, including Rule 16 materials;

      3. Defense counsel require time to review the discovery (which potentially consists of hundreds of thousands of pages of documents, more than one hundred interview memoranda, fourteen tape recorded conversations, and other material) that will be provided by the United States in order to prepare any pre-trial motions and to adequately prepare for trial;

      4. Failure to grant a continuance would deny counsel for defendants and the government reasonable time necessary for effective preparation of this case, taking into account the exercise of due diligence; and

      5. The ends of justice served by a continuance of the trial date in this matter outweigh the best interest of the public and the defendants in a speedy trial.

IT IS, therefore, on this 27th day of January, 2014, ORDERED:

      1. The trial date in this matter is adjourned with no new date, and the period of time from January 7, 2014 until the Court renders a decision on all pretrial motion, shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv); and

      2. The Government shall begin producing discovery materials to Defendants no later than January 13, 2014, shall continue to produce discovery materials to Defendant on a regular basis thereafter, and the Government shall complete production of all discoverable materials, including all Rule 16 materials, no later than March 7, 2014;

      3. The Court has scheduled a pretrial/status conference for March 26, 2014 at 10:30 am in Newark – Courtroom to establish a briefing schedule for the filing of any pretrial motions and to consider other matters in preparation for trial; and

4. The parties are to meet and confer with respect to the method by which discovery will be provided. Jointly inform the Court as to what areas agreement is reached and what areas remain in dispute with respect to the production of discovery and scheduling.

s/ Faith S. Hochberg
United States District Judge
