UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Faith S. Hochberg |
| v. | : | Crim. No. 2:13-cr-748-FSH |
| JOSEPH WOLFSON;<br>GREGG GEHRING;<br>JAMES JEFFERS JR.;<br>ROBERT JEFFREY;<br>BETTY SIMON, TRUSTEE LLC; and<br>RICHARD SIMON, TRUSTEE,<br><br>Defendants. | : | **PROPOSED ORDER** |

---

## PROPOSED ORDER ESTABLISHING ALTERNATIVE NOTIFICATION PROCEDURES FOR CRIME VICTIMS PURSUANT TO 18 U.S.C. § 3771(d)(2)

On this date, the Court considered the Unopposed Motion to Authorize Alternative Victim Notification Procedures Pursuant to 18 U.S.C. § 3771(d)(2), filed by the United States Department of Justice, Antitrust Division. Having considered the Motion and for good cause shown, the Court **GRANTS** the Motion and **ORDERS** that for any public court or parole proceeding involving the crime, the Antitrust Division may provide reasonable, accurate, and timely notice to crime victims through its website at http://www.justice.gov/atr/victim/vrhearings.htm, rather than through individual notices to the crime victims.

**IT IS SO ORDERED.**

DATED this 12th day of March, 2014.

_____
HONORABLE FAITH S. HOCHBERG
UNITED STATES DISTRICT JUDGE