# PETRILLO KLEIN & BOXER LLP

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

March 19, 2014

**By ECF**

Hon. Faith S. Hochberg
United States District Court
District of New Jersey
Martin Luther King, Jr. U.S. Courthouse
  and Federal Building
50 Walnut Street
Newark, NJ 07101

   Re: <u>U.S. v. Wolfson, et al., No. 2:13-cr-00748 (FSH)</u>

Dear Judge Hochberg:

  On behalf of Gregg Gehring, I respectfully submit this letter in response to Courtroom Deputy Kimberly Darling's email dated March 17, 2014. Mr. Gehring has no objection to the government's motion for entry of a protective order (ECF No. 34) in this case.

           Respectfully submitted,

           Robin L. Dull

cc:  All counsel (by ECF)