**OLEJAR & OLEJAR, LLP**
ATTORNEYS AT LAW
11 Morey Lane
Randolph, NJ 07869
Tel. (201)400-8351
rolejar@aol.com

**ROBERT J. OLEJAR***                                                                                **LINDA M. K. OLEJAR**
*Also Certified Public Accountant of New Jersey

March 19, 2014

Honorable Faith S. Hochberg, U.S.D.J.
United States Courthouse
50 Walnut Street
Newark, NJ 07101

Re:  *U.S. v. James Jeffers, Jr., et al.,*
       Docket No. 2:13-cr-00748-FSH-3

Dear Judge Hochberg:

In response to the Court's inquiry, Defendant James Jeffers, Jr. does not object to the entry of the Protective Order proposed by the Government in the above entitled matter.

This is in part the result of permission received from Charles V. Reilly, Trial Attorney, Antitrust Division, this afternoon, to release all discovery to a recognized ESI management firm, if necessary, to allow myself and my client internet access to specialized software to search, sort and otherwise access the discovery.

                                                    Respectfully submitted,

                                                    **OLEJAR & OLEJAR, LLP**

                                                  By: _s/ Robert J. Olejar_____
                                                       ROBERT J. OLEJAR, ESQ., C.P.A., C.F.E.

cc.    Filed via ECF
        Mr. James Jeffers, via eMail attachment