## JACOBS & BARBONE, P.A.

| | | |
|---|---|---|
| EDWIN J. JACOBS, JR. | A PROFESSIONAL CORPORATION | ERIC H. LUBIN |
| LOUIS M. BARBONE | ATTORNEYS AT LAW | MICHAEL F. MYERS |
| ARTHUR J. MURRAY | 1125 PACIFIC AVENUE | YOONIEH AHN |

ATLANTIC CITY, NEW JERSEY 08401
PHONE: (609) 348-1125
FAX: (609) 348-3774
E-MAIL: JACOBSBARBONE@COMCAST.NET

March 25, 2014

**Sent via ECF**
Honorable Faith S. Hochberg
United States District Court
U.S. Post Office & Court House Building
Room 311
P.O. Box 999
Newark, N.J. 07101-0999

        Re:    U.S.A v. Joseph Wolfson, et al.
                Criminal No. 2:13-cr-748-FSH
                Our File No. 13,114

Dear Judge Hochberg:

     I spoke to your courtroom deputy Ms. Darling on Monday. Please be advised that defendant Joseph Wolfson respectfully waives his appearance at tomorrow's 10:30 a.m. status conference.

                Respectfully,
                JACOBS & BARBONE, P.A.

                /s/ Michael F. Myers
                Michael F. Myers, Esquire
                Edwin J. Jacobs, Jr., Esquire

cc:  All counsel
cc:  Joseph Wolfson