UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

JUDGE: HON. FAITH S. HOCHBERG                    Date: March 26, 2014

COURT REPORTER: JOHN STONE

DEPUTY CLERK:    KIMBERLY DARLING

Title of Case: US v. WOLFSON, et al

                                                 Docket: 13-CR-748 (FSH)

Appearances:  Charles Reilly, John VanLonkhuyzen, and Kristina Srica, AUSAs for the
              Government
              Edwin Jacobs, Jr., Esq. and Michael Myers, Esq., for Defendants Joseph
              Wolfson, Betty Simon, Trusee, and Richard Simon, Trustee
              Nelson Boxer, Esq, Philip Pilmar, Esq., and Robin Dull, Esq., for
              Defendant Gregg Gehring
              Robert Olejar, CJA, for Defendant James Jeffers, Jr.
              Kevin Carlucci, AFPD, for Defendant Robert Jeffrey

Nature of Proceeding: Status Conference

Defendant Gregg Gehring is present, all other clients waive appearances.

Government Raised Potential Conflict of Interest Issue in regards to Mr. Gehring's Counsel
    Brief Conflict Issue: within 30 days defendant, Mr. Gehring, to reply; 7 days after reply
    government responds.

Government Raised a Request for Protective Order for all Defendants
    Government to Brief Protective Order within 30 days, response to be filed 14 days after
    filing, and reply to be filed 7 days after reponse.

Oral Argument in Regards to Work Product Application
    G-1 Entered into Evidence
    Denied, Government is to produce a Redacted Version.

Discovery by 12/31/2014, Extension Requests by 11/1/2014

Time Commenced: 10:30 a.m.              Time Adjourned: 11:45 a.m.

cc: chambers                                      *Kimberly Darling*
                                                    Deputy Clerk