

**U.S. Department of Justice**

Antitrust Division

---

*New York Office*

26 Federal Plaza  
Room 3630  
New York, New York 10278-0004

212/335-8000

FAX 212/335-8023

April 28, 2014

BY ECF  
Honorable Faith S. Hochberg  
United States District Court  
District of New Jersey  
Martin Luther King, Jr. U.S. Courthouse  
and Federal Building  
50 Walnut Street  
Newark, NJ 07101

   Re: United States v. Wolfson, et al., 2:13-cr-00748 FSH-Gehring Conflict Motion.

Dear Judge Hochberg:

  The Government respectfully requests an extension of seven (7) days to file a response to defendant Gehring's submission (Document 46, Filed April 25, 2014) concerning a possible conflict of counsel. The additional time to file a response, from May 2, 2014 until May 9, 2014, will allow the Government adequate time to provide a more considerate opportunity to address the issue. Nelson Boxer, Esq., counsel for defendant Gehring, has no objection to the Government's request for additional time.

              Respectfully,

              Charles V. Reilly  
              Trial Attorney  
              Antitrust Division

Cc: All Counsel (By ECF)