

**U.S. Department of Justice**

Antitrust Division

---

*New York Office*

*26 Federal Plaza*                                    *212/335-8000*
*Room 3630*
*New York, New York 10278-0004*         *FAX 212/335-8023*

April 28, 2014

BY ECF
Honorable Faith S. Hochberg
United States District Court
District of New Jersey
Martin Luther King, Jr. U.S. Courthouse
and Federal Building
50 Walnut Street
Newark, NJ 07101

         Re:   United States v. Wolfson, et al., 2:13-cr-00748 FSH-Gehring
Conflict Motion.

Dear Judge Hochberg:

      The Government respectfully requests an extension of seven (7) days to file a
response to defendant Gehring's submission (Document 46, Filed April 25, 2014)
concerning a possible conflict of counsel. The additional time to file a response, from
May 2, 2014 until May 9, 2014, will allow the Government adequate time to provide a
more considerate opportunity to address the issue.  Nelson Boxer, Esq., counsel for
defendant Gehring, has no objection to the Government's request for additional time.

                  Respectfully,

                  Charles V. Reilly
                  Trial Attorney
                  Antitrust Division

Cc: All Counsel (By ECF)

- Granted 7 day extension
  So Ordered:
  4/30/2014        Honorable Faith S Hochberg, USDJ