UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------x
UNITED STATES OF AMERICA,

   - v. -                                                                          No. 2:13-cr-748 (FSH)

JOSEPH WOLFSON, et al.,

                          Defendants.
-------------------------------------------------------------x

## DEFENDANT GEHRING'S RESPONSE TO THE GOVERNMENT'S MOTION FOR LIMITED PROTECTIVE ORDER

      The government moved for a limited protective order controlling the defendants' disclosure of non-public materials that were created by the government and produced during discovery in the above-captioned case. ECF No. 45. Defendant Gehring does not oppose the entry of the government's proposed limited order. ECF No. 45-2.

      Respectfully submitted on May 8, 2014,

                                                    s/ Robin Dull
                                                    NELSON A. BOXER
                                                    ROBIN L. DULL
                                                    PHILIP PILMAR
                                                    PETRILLO KLEIN & BOXER LLP
                                                    655 Third Avenue, 22nd Floor
                                                    New York, NY 10017
                                                    Tel: 212-370-0330
                                                    nboxer@pkbllp.com
                                                    rdull@pkbllp.com
                                                    ppilmar@pkbllp.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------x
UNITED STATES OF AMERICA,

    - v. -                                    No. 2:13-cr-748 (FSH)

JOSEPH WOLFSON, et al.,

                Defendants.
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I hereby certify that on May 8, 2014, I filed the foregoing document entitled "Defendant Gehring's Response To The Government's Motion For Limited Protective Order" on the Court's ECF system, which constitutes service of the filed document on ECF Filing Users under Rule 49(e) of the Federal Rules of Criminal Procedures and Local Civil Rule 5.2 - 14(b)(1).

                                          /s Robin L. Dull
                                          ROBIN L. DULL
                                          PETRILLO KLEIN & BOXER LLP
                                          655 Third Avenue, 22nd Floor
                                          New York, NY 10017
                                          Tel: 212-370-0330
                                          rdull@pkbllp.com