<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES, | : Crim. Case No. 13-748 (FSH) |
| v. | : **ORDER** |
| JOSEPH WOLFSON, et al., | : May 20, 2014 |
| Defendants. | : |

**<u>HOCHBERG, District Judge:</u>**

This matter comes before the Court upon motions by the United States for a limited protective order and for a hearing to determine whether Defendant Gehring has knowingly and voluntarily waived his attorney's potential conflict of interest; and good cause having been shown;

**IT IS**, this 20th day of May, 2014, hereby

**ORDERED** that the parties shall appear for a status conference on June 17, 2014 at 11:30 a.m. in Courtroom 4A; it is further

**ORDERED** that the parties shall be prepared to argue the Government's application for a limited protective order and the opposition by Defendant Wolfson, Richard Simon, Trustee, and Betty Simon, Trustee LLC; and it is further

**ORDERED** that both Defendant Gehring and James Hansen shall appear at the status conference separately so that the Court may determine whether there has been a knowing and voluntary waiver regarding any potential conflict of interest.

      **IT IS SO ORDERED**
      **/s/ Faith S. Hochberg_____**
      **Hon. Faith S. Hochberg, U.S.D.J.**