UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

JUDGE: HON. FAITH S. HOCHBERG　　　　　　　　　　Date: June 17, 2014

COURT REPORTER: JOHN STONE

DEPUTY CLERK:　　KIMBERLY DARLING

Title of Case: US v. WOLFSON, et al

　　　　　　　　　　　　　　　　　　　　　　　Docket: 13-CR-748 (FSH)

Appearances:　Charles Reilly, AUSA for the Government
　　　　　　　Kristina Srica, AUSA for the Government
　　　　　　　Edwin Jacobs, Jr., Esq., for Defendants Joseph Wolfson, Betty Simon,
　　　　　　　Trustee, and Richard Simon, Trustee
　　　　　　　Nelson Boxer, Esq., for Defendant Gregg Gehring
　　　　　　　Robert Olejar, CJA, for Defendant James Jeffers, Jr.
　　　　　　　Kevin Carlucci, AFPD, for Defendant Robert Jeffery


Nature of Proceeding: In Person Status Conference

Oral Argument in regards to the Protective Order

　　　Order for Protective Order to be Entered

Oral Argument in regards to Attorney Conflict

　　　Issue to be Addressed to Duty Magistrate Judge Once Parties Meet and Confer


Time Commenced: 11:30 a.m.　　　　　　　　　　Time Adjourned: 12:15 p.m.

cc: chambers　　　　　　　　　　　　　　　　*Kimberly Darling*
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk