NOT FOR PUBLICATION
## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 13-748 (FSH) |
| | : **ORDER** |
| JOSEPH WOLFSON, et al | : |
| Defendants. | : |

This matter comes before the Court upon an application by the Government for a hearing regarding waiver of a potential conflict of interest arising out of the representation of Defendant Gregg Gehring by Nelson Boxer, Esq.; and it appearing that this Court attempted to hold such a hearing on June 17, 2014; and this Court having adjourned the hearing because the proposed colloquy consisted of questions that had not been approved in advance by Defense counsel;

**IT IS** on this 23rd day of June, 2014,

**ORDERED** that the application for a hearing to secure a waiver of any possible conflict of interest shall be referred to the duty magistrate judge at a time convenient for the parties and the Court; and it is further

**ORDERED** that the parties use judgment and proportionality in reducing to a reasonable number the proposed questions for the hearing; and it is further

**ORDERED** that, because there are disputes in this case, which are ordinarily resolved by counsel without judicial intervention, that have unduly consumed Court resources, the Government shall be represented by an Assistant United States Attorney from the Newark Division, in a managerial position, who shall confer and coordinate with the anti-trust division; and it is further

**ORDERED** that the Court further incorporates by reference the Orders made during the June 17, 2014, hearing.

**IT IS SO ORDERED**

　　　**s/ Faith S. Hochberg**
**United States District Judge**