# PETRILLO KLEIN & BOXER LLP

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

October 2, 2014

**By ECF**

Hon. Michael A. Hammer
United States District Court
District of New Jersey
Martin Luther King, Jr. U.S. Courthouse
 and Federal Building
50 Walnut Street
Newark, NJ 07101

      Re:    U.S. v. Wolfson, et al.
                2:13-cr-00748 (FSH)

Dear Judge Hammer:

    We represent defendant Gregg Gehring in the above-referenced Indictment. The Court has set a hearing on a motion to modify a scheduling order for October 9, 2014 at 2:00 p.m. On October 1, 2014, I spoke with Courtroom Deputy Baker regarding Mr. Gehring's presence at the hearing.

    Mr. Gehring respectfully requests that the Court excuse his presence at the hearing. I have advised Mr. Gehring of his right to be present, and he has waived his appearance.

                          Respectfully submitted,

                          Robin L. Dull

SO ORDERED.

HON. MICHAEL A. HAMMER
MAGISTRATE JUDGE, DISTRICT OF NEW JERSEY