# JACOBS & BARBONE, P.A.

| | | |
|---|---|---|
| EDWIN J. JACOBS, JR. | A PROFESSIONAL CORPORATION | MICHAEL F. MYERS |
| LOUIS M. BARBONE | ATTORNEYS AT LAW | YOONIEH AHN |
| ARTHUR J. MURRAY | | |

**1125 PACIFIC AVENUE**
**ATLANTIC CITY, NEW JERSEY 08401**
PHONE: (609) 348-1125
FAX: (609) 348-3774
E-MAIL: JACOBSBARBONE@COMCAST.NET

October 2, 2014

SENT VIA ECF
Honorable Michael A. Hammer, U.S.D.J.
United States District Court
M.L. King, Jr. Federal Building & Court House
50 Walnut Street, Second Floor
Newark, N.J. 07102

        RE:   U.S.A v. Joseph Wolfson, et al.
                Criminal No. 2:13-cr-748-FSH
                Our File No. 13,114

Dear Judge Hammer:

     I represent defendants Joseph Wolfson, Richard Simon Trustee, and Betty Simon Trustee, LLC (hereinafter referred to as "The Wolfson defendants"). There is a hearing on our Motion to Amend the Court's Scheduling Order [Doc. No. 65] currently scheduled for October 9, 2014 at 2:00 p.m. I respectfully request an adjournment as I will be at a deposition in the matter of O'Boyle v. Boro of Longport, et al [Docket Nos. ATL-L-198509 / ATL-L-3692-10] in Linwood, New Jersey on the same day and time. The Wolfson defendants are the only moving party in regard to the aforementioned Motion. Your Honor's attention is greatly appreciated.

                Respectfully,

                JACOBS & BARBONE, P.A.
                Attorneys for Joseph Wolfson, et al.

                /s/ Edwin J. Jacobs, Jr.     
                Edwin J. Jacobs, Jr., Esquire

Cc: All counsel
cc: Joseph Wolfson