**OLEJAR & OLEJAR, LLP**
ATTORNEYS AT LAW
11 Morey Lane
Randolph, NJ 07869
Tel. (201)400-8351
rolejar@aol.com

ROBERT J. OLEJAR*　　　　　　　　　　　　　　　　　　　　LINDA M. K. OLEJAR
*Also Certified Public Accountant of New Jersey

October 6, 2014

Honorable Michael A. Hammer, U.S.M.J.
Martin Luther King United States Courthouse & Federal Bldg.
50 Walnut Street
Newark, NJ 07101

Re:　*U.S. v. James Jeffers, Jr., et al.,*
　　　Docket No. 2:13-cr-00748-FSH-3

Dear Judge Hammer:

We represent Defendant James Jeffers, Jr., in the above entitled matter. On Thursday, October 9, 2014, at 2:00 PM, the Court will hear argument on a motion to modify the scheduling order.

On behalf of Mr. Jeffers, we respectfully request that his presence at the hearing be excused. I have advised Mr. Jeffers of his right to be present at the hearing, and he has waived his appearance. I will, of course, appear on his behalf.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**OLEJAR & OLEJAR, LLP**

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　ROBERT J. OLEJAR, ESQ., C.P.A., C.F.E.

　　　　　　　　　　　　　　　　　　SO ORDERED:

Dated: October 7, 2014　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE MICHAEL A. HAMMER
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　DISTRICT OF NEW JERSEY