**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **RICHARD COUGHLIN**<br>FEDERAL PUBLIC DEFENDER | 1002 Broad Street<br>Newark, New Jersey 07102 | **CHESTER M. KELLER**<br>FIRST ASSISTANT |

(973) 645-6347  Telephone
(973) 645-3101  Facsimile

October 15, 2014

Honorable Michael Hammer
United States Magistrate Judge
Martin Luther King Jr. Courthouse
Newark, New Jersey  07101

Re: United States v. Wolfson
Crim. No. 13-748 (FSH)

Dear Judge Hammer:

Please be advised that Robert Jeffrey will waive his appearance at today's motion hearing in the above captioned matter.

Thank you for your attention to this matter.

Respectfully,
s/Kevin F. Carlucci

Kevin F. Carlucci
Assistant Federal Public Defender
Attorney for Robert Jeffrey

---