UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                                 DATE: 10/15/2014

**JUDGE: MICHAEL A. HAMMER**                          DOCKET # 13-cr-748 (FSH)

COURT REPORTER: ECR

DEPUTY CLERK: Jacquetta Baker

**Title of Case:**  U.S.A.  V. WOLFSON, et al.

**Appearances:** Steven Tugander, AUSA for Government
Charles Reilly, AUSA for Government
Bryan Bughman, AUSA for Government
Nelson Boxer, Esq. and Robin Dull, for Gregg Gehring
Robert Olejar, Esq., for James Jeffers, Jr.
Kevin Carlucci, AFPD for Robert Jeffrey
Ed Jacobs, Esq. and Michael F. Myers, Esq., for Joseph Wolfson
Ed Jacobs, Esq. and Michael F. Myers, Esq., for Betty Simon, Trustee LLC
Ed Jacobs, Esq. and Michael F. Myers, Esq., for Richard Simon, Trustee LLC

**Nature of proceedings**:  Hearing re the Motion to Amend/Correct the Discovery and Inspection Order [D.E. 65].

Defendant Wolfson's appearance waived by counsel.
In-Person Status Conference set for 11/3/2014, at 1:00 p.m. before Magistrate Judge Hammer.
No ruling on the motion.
The Court will issue an order re deadlines.

Time Commenced     1:12 p.m.
Time Adjourned      2:20 p.m.

                                                            *J. Baker*
                                                            Deputy Clerk