UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 13-748 |
| v. | : | |
| U. S. v. Wolfson, et al | : | **NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Paul J. Fishman, United States Attorney for the District of New Jersey, LISA COLONE, Assistant U.S. Attorney's, is appearing for the United States of America in the above-captioned matter.

      PAUL J. FISHMAN
      UNITED STATES ATTORNEY

      */s/ Lisa M. Colone*

      By: LISA M. COLONE
      Assistant U.S. Attorney

Dated: October 29, 2014