# JACOBS & BARBONE, P.A.

### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW

EDWIN J. JACOBS, JR.

LOUIS M. BARBONE

ARTHUR J. MURRAY

MICHAEL F. MYERS

YOONIEH AHN

**1125 PACIFIC AVENUE**
**ATLANTIC CITY, NEW JERSEY 08401**
PHONE: (609) 348-1125
FAX: (609) 348-3774
E-MAIL: JACOBSBARBONE@COMCAST.NET

October 31, 2014

SENT VIA ECF
Honorable Michael A. Hammer, U.S.D.J.
United States District Court
M.L. King, Jr. Federal Building & Court House
50 Walnut Street, Second Floor
Newark, N.J. 07102

RE:     U.S.A v. Joseph Wolfson, et al.
        Criminal No. 2:13-cr-748-FSH
        Our File No. 13,114

Dear Judge Hammer:

Please be advised that defendant Joseph Wolfson (individually and on behalf of Richard Simon Trustee and Betty Simon Trustee LLC) respectfully requests that his appearance at the hearing scheduled for Monday, November 3, 2014 at 1:00 p.m. be waived.

Respectfully,

JACOBS & BARBONE, P.A.
Attorneys for Joseph Wolfson, et al.

/s/ Edwin J. Jacobs, Jr.
Edwin J. Jacobs, Jr., Esquire
Michael F. Myers, Esquire

Cc: All counsel
cc: Joseph Wolfson