# PETRILLO KLEIN & BOXER LLP

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

Nelson A. Boxer
Direct Dial: (212) 370-0338
Cell:         (917) 273-2693
nboxer@pkbllp.com

November 5, 2014

**By ECF**

Hon. Faith S. Hochberg
United States District Court
District of New Jersey
Martin Luther King, Jr. U.S. Courthouse
   and Federal Building
50 Walnut Street
Newark, NJ 07101

Hon. Michael A. Hammer
United States District Court
District of New Jersey
Martin Luther King, Jr. U.S. Courthouse
   and Federal Building
50 Walnut Street
Newark, NJ 07101

      Re:    **U.S. v. Wolfson, et al.**
             **2:13-cr-00748 (FSH)**

Dear Judge Hochberg and Magistrate Judge Hammer:

      I represent Mr. Gregg Gehring. Today I am in receipt of a letter by mail from Mr. Edwin Jacobs to the Court dated November 3, 2014, in which Mr. Jacobs stated that he has "spoken with all defense counsel and with the U.S. Attorneys" and that "[e]veryone is agreeable" to a September 2015 trial date.

      Mr. Jacobs was apparently mistaken regarding his communications with me, and I was unaware that Mr. Jacobs would be sending a letter to the Court. We have not altered our position as set forth in our October 30 and November 2 letters to the Court. As I stated on the record on November 3, 2014, before Magistrate Judge Hammer, I presently do not have authority from my client to agree to an exclusion of time under the Speedy Trial Act to September 2015 and to consent to a trial commencing in September 2015.

November 5, 2014
Page 2

    I will of course comply with the Court's November 5, 2014, Order and will confer with counsel regarding a trial date in order for a Court submission to be made on or before December 3, 2014.

                                                    Respectfully submitted,

                                                    Nelson A. Boxer

cc:       All Counsel (by ECF)