## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 13-748 (FSH) |
|  | : |  |
| v. | : |  |
|  | : |  |
| JOSEPH WOLFSON et al., | : | ~~PROPOSED~~ ORDER |
|  | : |  |
| Defendants. | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This matter having come before the Court on the applications of Defendants Joseph Wolfson, Betty Simon, Trustee LLC, and Richard Simon, Trustee [D.E. 65] and the Government [D.E. 84] to amend or correct the Discovery and Inspection Order;

and the Court having considered the Government's response brief [D.E. 67];

and the Court having held hearings on October 15, 2014 and November 3, 2014;

and for the reasons set forth on the record on October 15, 2014 and November 3, 2014;

and for good cause shown;

It is on this ___ day of December 2014,

ORDERED AS FOLLOWS:

1.    <u>Rule 404 (b) Evidence</u>.  The Government shall provide notice to Defendants of all evidence it intends to offer of other crimes, wrongs or acts within the meaning of Rule 404 (b) of the Federal Rules of Evidence, not less than ninety (90) days before trial.

2.    <u>Exhibits</u>.  The Government shall provide Defendants with all pre-marked trial exhibits, including but not limited to the final versions of audio recordings and transcripts that the Government will seek to introduce into evidence at trial, not less than

ninety (90) days before trial. The Defendants shall provide the Government with all pre-marked trial exhibits that they will seek to introduce into evidence at trial, not less than thirty (30) days before trial.

      3.    <u>Authenticity of Exhibits</u>. The authenticity of all exhibits disclosed to and examined by counsel pursuant to the provisions of paragraph 2 of this Order shall be deemed to have been accepted by either Defendants or the Government unless counsel files with the Court a notice that the authenticity of one or more exhibits will be contested at trial, together with a statement delineating why the authenticity of the exhibit is being challenged, together with a certification that the challenge to authenticity is being made in good faith. The notice described above shall be filed by Defendants no less than thirty (30) days before trial, and by the Government no less than fourteen (14) days before trial.

      4.    <u>Review Sets</u>. The Government shall provide Defendants with copies of its work product "review sets" for each auction contained on its list of 30 featured auctions by no later than November 30, 2014.

      5.    <u>Additional Featured Auctions</u>. The Government shall be permitted to make an application to the Court to add up to five (5) auctions to its current list of 30 featured auctions. The Government's application must contain a showing of good cause and non-cumulativeness, and be submitted no less than one hundred and fifty (150) days before trial. The Government shall provide Defendants with copies of review sets for each additional auction that the Court permits the Government to add to its current list of 30 auctions by no later than one hundred and twenty (120) days before trial.

6.    Trial Date.  Trial in this matter has been set for *To Be Determined.*

MICHAEL A. HAMMER
UNITED STATES MAGISTRATE JUDGE