United States District Court
for the District of New Jersey

_____

**UNITED STATES OF AMERICA**

    Plaintiff  :  Criminal No. 13-748

    vs.

    :  Order of Reassignment

**JOSEPH WOLFSON, et al**

    Defendant

_____

It is on this 22nd day of December, 2014,

O R D E R E D that the entitled action is reassigned

from Judge Faith S. Hochberg to Judge William J. Martini.


    s/Jerome B. Simandle
    Jerome B. Simandle, Chief Judge
    United States District Court