United States District Court
for the District of New Jersey

_____    :
                                                :
**UNITED STATES OF AMERICA**                    :
    Plaintiff                :     Criminal No. 13-748
                                                :
    vs.                      :
                                                :     Order of Reassignment
**JOSEPH WOLFSON, et al**                       :
    Defendant                :
                                                :
_____    :

It is on this 11th day of February, 2015,

O R D E R E D that the entitled action is reassigned

from Judge William J. Martini to Judge Susan D. Wigenton.

        s/Jerome B. Simandle
        Jerome B. Simandle, Chief Judge
        United States District Court