UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                           DATE: September 3, 2015

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Carmen D. Soto

Title of Case:                                   Docket# 13-CR-748

UNITED STATES v. JOSEPH WOLFSON, ET AL.

**Appearances**:
Steven Tugander, AUSA for Govt
Grace Pyun, AUSA for Govt
Edwin Joseph Jacobs, Jr., Esq. for Defts (Joseph Wolfson; Betty Simon, Trustee, LLC; and Richard Simon)
Michael F. Myers, Esq. for Deft (Joseph Wolfson; Betty Simon, Trustee, LLC; and Richard Simon)
Nelson Boxer, Esq. for Deft (Gregg Gehring)
Phillip Nathan Pilmar, Esq. for Deft (Gregg Gehring)
Robert Joseph Olejar, Esq. (CJA) for Deft (James Jeffers, Jr.)
Kevin F. Carlucci, Esq. (AFPD) for Deft (Robert Jeffrey)

Nature of Proceeding:    **MOTION HEARING/TRIAL CONFERENCE**

Govt moves to dismiss charges against dft Gregg Gehring;
Ordered charges against dft Gregg Gehring dismissed;
Order signed;

Hearing held on Pltf's motion in limine to Exclude Evidence of Tax Collector Awareness or Acquiescence [Dkt. Entry #116];
Ordered motion **GRANTED** without prejudice.

Hearing held on Dft's motion to Dismiss For Failure to Allege an Offense Under the Sherman Act; MOTION to Produce Interview Notes by GREGG GEHRING [Dkt. Entry #117];
Ordered motion **DENIED.**

Hearing held on Dft's first motion for pretrial relief [Dkt. Entry #118];
Ordered counsel to confer;

Hearing held on Pltf's motion in limine to preclude Dfts from introducing certain defense exhibits, challenging the authenticity of government exhibits, and supplementing and editing the Defts' exhibit list [Dkt. Entry #127];
Ordered motion **RESERVED IN PART; GRANTED IN PART; CONCEDED IN PART.**

```
Time Commenced 11:30 a.m.
Time Adjourned  1:10 p.m.
```

cc: chambers                                    Carmen D. Soto
                                                Deputy Clerk