UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 13-748 (SDW) |
| v. | |
| GREG GEHRING | ORDER FOR DISMISSAL |

---

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Brent C. Snyder, Deputy Assistant Attorney General of the Antitrust Division of the United States Department of Justice, hereby dismisses the charge contained in the Indictment, Crim. No. 13-748, against defendant Gregg Gehring, which Indictment was filed on November 19, 2013, charging the defendant with conspiracy to restrain trade in violation of 15 U.S.C. § 1, because further prosecution of this charge is not in the interests of the United States at this time.

This dismissal is without prejudice.

_____
BRENT C. SNYDER
Deputy Assistant Attorney General
Antitrust Division

Leave of Court is granted for the filing of the foregoing dismissal.

_____
SUSAN D. WIGENTON
United States District Judge

Dated: Sept. 3, 2015