UNITED STATES DISTRICT COURT
DISTRICT of NEW JERSEY


UNITED STATES OF AMERICA                CR. 13-748

                                        Jury Communication # 1
        -v-


JOSEPH WOLFSON, ET AL.

① Please define goods & services as outlined in Sherman AT act.

② The issue of whether municipal tax liens are "goods &/or services" is not for your consideration. Please consider all of the jury instructions.
                                        Thank you.
                                        SDW

DATE: 10/1/2015                         TIME: 1:26 PM

FOREPERSON: _____