UNITED STATES DISTRICT COURT
DISTRICT of NEW JERSEY

UNITED STATES OF AMERICA						CR. 13-748

									Jury Communication # 2

		-v-

JOSEPH WOLFSON, ET AL.

Jury will dismiss today at 3:00 PM

Okay. I must dismiss you from the courtroom.

Thank you.
SDW

DATE: 10/1/2015					TIME: 2:26 p.m.

FOREPERSON: _____