UNITED STATES DISTRICT COURT
DISTRICT of NEW JERSEY

UNITED STATES OF AMERICA         CR. 13-748

                                 Jury Communication # 3
        -v-

JOSEPH WOLFSON, ET AL.

GX025A Ventnor.
We would like to listen.

---

Please clarify. GX025A = a Bid Book, not an audio or video. Thank you!
SDW

Evidence 025L Ventnor
Labeled as GX-025A    (ok!)

DATE: 10/2/15                    TIME: 10 45AM
FOREPERSON: _____