UNITED STATES DISTRICT COURT
DISTRICT of NEW JERSEY

UNITED STATES OF AMERICA           CR. 13-748

                                   Jury Communication # 4
     -v-

JOSEPH WOLFSON, ET AL.

We would like to watch video 024 I

OK!

DATE: 10/2/2015          TIME: 1:45

FOREPERSON: