UNITED STATES DISTRICT COURT
DISTRICT of NEW JERSEY

UNITED STATES OF AMERICA          CR. 13-748

                                  Jury Communication # 5
        -v-

JOSEPH WOLFSON, ET AL.

We have reached a Verdict

DATE: 10/2/2015                    TIME: 2:27 PM

FOREPERSON: