# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

V.

JOSEPH WOLFSON, ET AL.

EXHIBIT LIST

CRIM. NO. 13-748 (SDW)

Plaintiff Counsel: Steven Tugander, AUSA
Defense Counsel: Edwin Jacobs, Esq.

Presiding Judge: Hon. Susan D. Wigenton, U.S.D.J.
Court Reporter: Carmen Liloia
Courtroom Deputy: Carmen D. Soto
Trial Dates: 9/10, 9/15, 9/16, 9/18, 9/21, 9/22, 9/24, 9/25, 9/28
9/29, 9/30, 10/1, 2015

| PLF-NO | DEF-NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| GX-001C | | 9/18/2015 | 9/18/2015 | 9/18/2015 | CCTS's bid documents for Absecon City 6/3/2008 |
| GX-001I | | 9/28/2015 | 9/28/2015 | 9/28/2015 | Charles Sinesi's bid documents for Absecon City 6/3/2008 tax sale |
| GX-004E | | 9/28/2015 | 9/28/2015 | 9/28/2015 | Fidelity Tax LLC bid documents for Brigantine City 3/14/2006 tax sale. |
| GX-008A | | 9/28/2015 | 9/28/2015 | 9/28/2015 | Fidelity Tax LLC bid documents for Franklin TWP 12/28/2004 tax sale |
| GX-009A | | 9/18/2015 | 9/18/2015 | 9/18/2015 | CCAP bid documents for Galloway Township 12/22/2008 tax sale |
| GX-010C | | 9/24/2015 | 9/24/2015 | 9/24/2015 | Arthur Rittenhouse Status Report to Robert Rothman |
| GX-010D | | 9/24/2015 | 9/24/2015 | 9/24/2015 | Robert Rothman Bid Book for Glen Ridge 7/23/2008 tax sale |
| GX-011C | | 9/28/2015 | 9/28/2015 | 9/28/2015 | Fidelity Tax LLC bid documents for Hammonton 12/27/2004 tax sale |
| GX-017C | | 9/28/2015 | 9/28/2015 | 9/28/2015 | Fidelity Tax LLC bid documents for Mount Laurel 4-1-2005 tax sale. |

| PLF-NO | DEF-NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| GX-019 | | 9/24/2015 | 9/24/2015 | 9/24/2015 | North Wildwood municipal documents for 12/19/2008 tax sale. |
| GX-019N | | 9/24/2015 | 9/24/2015 | 9/24/2015 | FBI bid documents for North Wildwood 12-19-2008 tax sale. |
| GX-019O | | 9/24/2015 | 9/24/2015 | 9/24/2015 | North Wildwood 12-19-2008 video recording. |
| GX-021B | | 9/24/2015 | 9/24/2015 | 9/24/2015 | Robert Rothman bid documents for Ridgefield Borough 6/5/2008 tax sale. |
| GX-023 | | 9/24/2015 | 9/24/2015 | 9/24/2015 | Somers Point municipal documents |
| GX-023G | | 9/21/2015 | 9/21/2015 | 9/21/2015 | Audio recording for Somers Point 12/4/2008 tax sale. |
| GX-024C | | 9/25/2015 | 9/25/2015 | 9/25/2015 | Crusader bid documents for Upper Twp 12/2/2008 tax sale. |
| GX-024G | | 9/21/2015 | 9/21/2015 | 9/21/2015 | FBI bid documents for Upper Twp 12/2/208 tax sale. |
| GX-024I | | 9/18/2015 | 9/18/2015 | 9/18/2015 | FBI recording for Upper Township 12/2/2008 tax sale |
| GX-025A | | 9/18/2015 | 9/18/2015 | 9/18/2015 | CCAP bid book for Ventnor City 12/5/2008 tax sale. |
| GX-025D | | 9/25/2015 | 9/25/2015 | 9/25/2015 | Crusader bid documents for Ventnor City 12/5/2008 tax sale |
| GX-025K | | 9/21/2015 | 9/21/2015 | 9/21/2015 | FBI bid documents for Ventnor City 12/5/2008 tax sale |
| GX-025L | | 9/24/2015 | 9/24/2015 | 9/24/2015 | FBI recording for Ventnor City 12/5/208 tax sale |
| GX-027A | | 9/24/2015 | 9/24/2015 | 9/24/2015 | Arthur Rittenhouse bid documents for Weehawken Twp 6-30-2003 tax sale. |
| GX-030C | | 9/28/2015 | 9/28/2015 | 9/28/2015 | Fidelity Tax LLC bid documents for Wildwood City 12/16/2004 tax sale. |
| GX14 | | 9/28/2015 | 9/28/2015 | 9/28/2015 | Checks (Lyndhurst) |
| | D15 | 9/28/2015 | 9/28/2015 | 9/28/2015 | North Wildwood 2007 Fidelity Summary Sales Sheet |
| | D19 | 9/30/2015 | 9/30/2015 | 9/30/2015 | Stipulation as to the testimony of Keith Bonchi, Esq. |
| | D16 | 9/30/2015 | 9/30/150 | 9/30/2015 | Wildwood City 2008-Selected pages of transcript (pp. 1-2, 50-130) |
| | D20(F) | 9/30/2015 | 9/30/2015 | 9/30/2015 | Ventnor 2008 audio clip - Discussion about how to handle big companies |
| | D20(H) | 9/30/2015 | 9/30/2015 | 9/30/2015 | Ventnor 2008 audio clip - Carole Abate Discussion, Bid (348), Bid (386) |
| | D20(I) | 9/30/2015 | 9/30/2015 | 9/30/2015 | Island Heights 2008 video clip - Susan Esposito Discussion, Bid |
| | D20(J) | 9/30/2015 | 9/30/2015 | 9/30/2015 | Island Heights 2008 video clip - David Spillane Discussion, Bid |

| PLF-NO | DEF-NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | D20(K) | 9/30/2015 | 9/30/2015 | 9/30/2015 | Linwood 2008 video clip - Discussion about Joey and Joey's arrival |
| | D20(O) | 9/30/2015 | 9/30/2015 | 9/30/2015 | Ventnor 2008 audio clip - Discussion about Joey |
| | D20(Z) | 9/30/2015 | 9/30/2015 | 9/30/2015 | North Wildwood 2008 video clip - Go aheads |