UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action No. 13-0748 (SDW) |
| v. | : | |
| JOSEPH WOLFSON;<br>JAMES JEFFERS JR.;<br>ROBERT JEFFREY;<br>BETTY SIMON, TRUSTEE LLC; and<br>RICHARD SIMON, TRUSTEE, | : | Hon. Susan D. Wigenton, U.S.D.J. |
| Defendants. | : | |

## VERDICT FORM

1. How do you find defendant **JOSEPH WOLFSON** with respect to the offense charged (Sherman Act conspiracy in violation of Title 15, United States Code, Section 1)?

    Guilty_____          Not Guilty__✓__

2. How do you find defendant **JAMES JEFFERS JR.** with respect to the offense charged (Sherman Act conspiracy in violation of Title 15, United States Code, Section 1)?

    Guilty__✓__          Not Guilty_____

3. How do you find defendant **ROBERT JEFFREY** with respect to the offense charged (Sherman Act conspiracy in violation of Title 15, United States Code, Section 1)?

    Guilty_____          Not Guilty__✓__

4. How do you find defendant **BETTY SIMON, TRUSTEE LLC** with respect to the offense charged (Sherman Act conspiracy in violation of Title 15, United States Code, Section 1)?

    Guilty_____          Not Guilty__✓__

5. How do you find defendant **RICHARD SIMON, TRUSTEE** with respect to the offense charged (Sherman Act conspiracy in violation of Title 15, United States Code, Section 1)?

    Guilty_____          Not Guilty__✓__

_10/2/2015_____
DATE

_____
FOREPERSON