IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 13-748-004 (SDW) |
| | : | |
| ROBERT JEFFREY, | : | |
| Defendant, | : | |

# JUDGMENT OF ACQUITTAL

This action having come on trial before the Court and a jury, the Honorable Susan D. Wigenton, United States District Court, presiding, and the issues having been duly tried and the jury having duly rendered its verdict of Not Guilty on October 2, 2015, as to Count One of the Indictment,

It is, on this ___ day of October, 2015,

ORDERED and ADJUDGED that a verdict of NOT GUILTY be and hereby is entered as to Count One of the Indictment.

It is further ORDERED that this case is closed as to Defendant, Jeffrey.

_____
Susan D. Wigenton, USDJ