IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| JOSEPH WOLFSON,<br>BETTY SIMON TRUSTEE LLC,<br>AND RICHARD SIMON TRUSTEE | : Criminal No. 2:13-cr-748-SDW (D.N.J) |
| Defendants. | : |

# JUDGMENT OF ACQUITTAL

This action having come to trial before the Court and a jury; the Honorable Susan D. Wigenton, United States District Court, presiding; and the issues having been duly tried and the jury having duly rendered its verdict of NOT GUILTY on October 2, 2015 as to Count One of the Indictment in regard to Defendants Joseph Wolfson, Betty Simon Trustee LLC, and Richard Simon Trustee;

It is on this ___9th___ day of October, 2015,

ORDERED and ADJUDGED that a verdict of NOT GUILTY be and hereby is entered as to Count One of the Indictment in regard to Defendants Joseph Wolfson, Betty Simon Trustee LLC, and Richard Simon Trustee.

It is further ORDERED that this case is closed as to Defendants Joseph Wolfson, Betty Simon Trustee LLC, and Richard Simon Trustee.

_____
Susan D. Wigenton, U.S.D.J.