

**U.S. Department of Justice**

Antitrust Division

---

*New York Office*

26 Federal Plaza　　　　　　　　　　　212/335-8032
Room 3630
New York, New York 10278-0004　　　FAX 212/335-8023

October 19, 2015

<u>BY FEDERAL EXPRESS & ECF FILING</u>

Honorable Susan D. Wigenton
Martin Luther King, Jr. Federal Building
& United States Courthouse
50 Walnut Street
Newark, NJ 07101

　　　　　　Re:　　*United States v. Wolfson, et al.*, 2:13-cr-748-SDW

Dear Judge Wigenton,

　　　The Government is in receipt of Defendant James Jeffers' motion for a judgment of acquittal and new trial that was filed on October 16, 2015. The Government respectfully requests that it be permitted to file its opposition to Defendant's motion by November 6, 2015. I have discussed the proposed November 6, 2015 response date with Robert Olejar, counsel for Defendant Jeffers, and he consents to the Government's request.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　STEVEN TUGANDER
　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　Antitrust Division

Copy to Robert J. Olejar, Esq. (by email and ECF filing)