

**U.S. Department of Justice**

Antitrust Division

*New York Office*

26 Federal Plaza  
Room 3630  
New York, New York 10278-0004

212/335-8032

FAX 212/335-8023

October 19, 2015

BY FEDERAL EXPRESS & ECF FILING

Honorable Susan D. Wigenton  
Martin Luther King, Jr. Federal Building  
& United States Courthouse  
50 Walnut Street  
Newark, NJ 07101

    Re: *United States v. Wolfson, et al.*, 2:13-cr-748-SDW

Dear Judge Wigenton,

  The Government is in receipt of Defendant James Jeffers' motion for a judgment of acquittal and new trial that was filed on October 16, 2015. The Government respectfully requests that it be permitted to file its opposition to Defendant's motion by November 6, 2015. I have discussed the proposed November 6, 2015 response date with Robert Olejar, counsel for Defendant Jeffers, and he consents to the Government's request.

               Respectfully submitted,

               STEVEN TUGANDER  
               Trial Attorney  
               Antitrust Division

Copy to Robert J. Olejar, Esq. (by email and ECF filing)

So Ordered  
this 20th day of Oct. 2015  
Susan D. Wigenton, U.S.D.J.