UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

_Wolfson_

CRIMINAL NO. _13 CR 748 (SDW)_

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for _James Jeffers_
Name of Defendant

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

_EDNY, SDNY, NY_
Court(s)

_2004, 2008, 1994_
Year(s) of Admission

Date: _10/22/15_

_[signature]_
Signature of Attorney

_Florian Miedel_
Print Name

_111 Broadway, Suite 1401_
Address

_New York, NY 10006_
City State Zip Code

_212-616-3042 / 800 507-8507_
Phone Number   Fax Number

DNJ-CR-013 (03/2010)