UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**


NEWARK                                    DATE: January 28, 2016

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Carmen D. Soto

Title of Case:                           Docket# 13-CR-748

UNITED STATES OF AMERICA v. JAMES JEFFERS, JR.

**Appearances:**
Steven Tugander, AUSA for Govt
Bryan Bughman, AUSA for Govt
Grace Pyun, AUSA for Govt
Florian Miedel, Esq. for Deft

Nature of Proceeding:  **MOTION HEARING**

Deft present.
Hearing held on dft's motion for acquittal/new trial [Entry #195];
Ordered motion for acquittal/new trial is **DENIED.**




Time Commenced 11:35 a.m.
Time Adjourned 12:00 p.m.

cc: chambers                             Carmen D. Soto
                                         Deputy Clerk